UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CLAUDETTE BECK, et al.,

    Plaintiffs,

    v.

THOR INDUSTRIES, INC., et al.,

    Defendants.

Case No. 3:21-CV-239 JD

# ORDER

Before the Court is the parties' joint Rule 41(a)(1)(A)(1) motion to dismiss the claims of defendants Claudette Beck and Ian Fawcett with prejudice. (DE 46.) The Court previously granted an agreed Rule 15 motion dismissing the claims of all defendants in this action other than Ms. Beck and Mr. Fawcett. (DE 43.) Rule 41 is the governing rule for voluntary dismissal of Ms. Beck and Mr. Fawcett's claims, as their dismissal would result in the dismissal of the entire action. *See Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015).

Accordingly, the motion to dismiss (DE 46) is **GRANTED**, and defendants Ms. Beck and Mr. Fawcett's claims are dismissed with prejudice. Because the Court has already entered judgment as to the other defendants, the Clerk of the Court is **DIRECTED** to close this case.

    SO ORDERED.

    ENTERED: January 9, 2023

                                    /s/ JON E. DEGUILIO
                                    Chief Judge
                                    United States District Court